# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| UNILOC LUXEMBOURG S.A. and UNILOC USA, INC., | § § § | CIVIL ACTION NO. 6:12-cv-227 (Consolidated Lead Case) |
| Plaintiffs, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| TEXAS INSTRUMENTS INCORPORATED, | § § § | |
| Defendant. | § § | |
| UNILOC LUXEMBOURG S.A. and UNILOC USA, INC., | § § § | CIVIL ACTION NO. 6:12-cv-228 (Consolidated for Pretrial Issues) |
| Plaintiffs, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| SOLARWINDS, INC. and SOLARWINDS WORLDWIDE, LLC, | § § § | |
| Defendants. | § § | |
| UNILOC LUXEMBOURG S.A. and UNILOC USA, INC., | § § § | CIVIL ACTION NO. 6:12-cv-229 (Consolidated for Pretrial Issues) |
| Plaintiffs, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| IPSWITCH, INC. | § § § | |
| Defendant. | § § | |
| UNILOC LUXEMBOURG S.A. and UNILOC USA, INC., | § § § | CIVIL ACTION NO. 6:12-cv-230 (Consolidated for Pretrial Issues) |
| Plaintiffs, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| ROSETTA STONE, LTD., | § § § | |
| Defendant. | § § | |
| UNILOC LUXEMBOURG S.A. and UNILOC | § | |

1

| | |
|---|---|
| USA, INC., | § CIVIL ACTION NO. 6:12-cv-232 |
| | § (Consolidated for Pretrial Issues) |
| Plaintiffs, | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| STORAGECRAFT TECHNOLOGY | § |
| CORPRORATION, | § |
| | § |
| Defendant. | § |
| _____ | § |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT STORAGECRAFT TECHNOLOGY CORPORATION

In consideration of the Parties' Stipulated Motion for Dismissal of all claims with prejudice asserted between Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively, "Uniloc") and Defendant StorageCraft Technology Corporation ("StorageCraft"), the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Uniloc and StorageCraft are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.

**So ORDERED and SIGNED this 16th day of January, 2013.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**